# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. MJ12-75 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| ANNA MARIE VILLEGAS, | |
| Defendant. | |

Offense charged:

Penalty for Failure to Appear, in violation of 18 U.S.C. § 3146A.F

Date of Detention Hearing: February 13, 2012

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant was previously on bond and absconded.

(2) Defendant's immigration status is uncertain.

(3) Defendant is detained without prejudice to request to be released when making her initial appearance in the Middle District of Florida.

DETENTION ORDER
18 U.S.C. § 3142(i)
Page 1

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending her initial appearance in the Middle District of Florida and shall be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 13th day of February, 2012.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge